**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

      6TH     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
               Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: VANESSA HILL      CASE NO.: 11-44797-PGH
This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __745.99__ for months __1__ to __3__;
    B.    $ __1,268.49__ for months __4__ to __6__;
    B.    $ __1,167.65__ for months __7__ to __10__;
    C.    $ __1,512.25__ for months __11__ to __60__; in order to pay the following creditors:

Administrative:    Attorney's Fees and Costs - $3500.00 fees & $225.00 costs ($150.00 court costs, $75.00 credit reports); TOTAL PAID PRE-PETITION $ 0.00
Motion to Value 1st Mortgage $775.00 (safe harbor) ;Motion to Value 2nd Mort. $775.00 ,
Motion to Value HOA $775.00 (safe harbor); TOTAL FEES & COSTS $6,100.00
Balance Due    $ 6,100.00  payable $610.00 /month (Months __1__ to __10__)

Name: Boca Capri Condominium Apts, Inc.    Arrearage on Petition Date $ Stripping Arrears - see below .
Address: c/o BB&T    Arrears Payment  $_____/month (Months _____ to _____)
POB 628207    Regular Payment  $ __475.00__ /month (Months __4__ to __6__)
Orlando, FL 32862    Regular Payment  $ __383.33__ /month (Months __7__ to __60__)
Account No: 15009288761

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan: **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **One West Bank**  **Loan # 6681009198464** | **Collateral:1442 Blavis Street, Philadelphia, PA 19140**  **Value : $33,750.00** | 5.25% | $68.17  $755.30 | 1 – 10  11 - 60 | $38,446.80 |
| **One West Bank**  **Loan # 6688800160627** | **Collateral: 2501 S Ocean Blvd, #105, Boca Raton, FL 33432**  **Value: 150,000.00** | N/A | N/A | N/A | **Stripping Second Mortgage – Wholly unsecured** |
| **Boca Capri Condomnium Appts. Inc.**  **Acct# 15008288761** | **Collateral:2501 S Ocean Blvd, Unit 105, Boca Raton, FL 33432**  **Value : $150,000.00** | N/A | N/A | N/A | **Stripping Arrears – wholly unsecured** |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____Payable  $_____/month (Months_____ to ___)

Unsecured Creditors:  Pay $236.14 /month (Months __11__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor Made Direct payments to Boca Capri Condominium for months 1-3. Debtor will treat Bayview (Loan #200047867) and Onewest (Loan #6681006056343) outside of the Chapter 13 plan.

_____/s/_____ **FILED ECF**
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor    D.O.F:12/16/2011        Date:10/10/12

LF-31 (rev. 12/01/09)